# United States Court of Appeals
## For the First Circuit

03-00292
Rhode Island
E. Torres

---

No. 04-2317

ROBERT M. JOOST,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

MANDATE

---

**JUDGMENT**

Entered: April 9, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jeannine Calardo

**Deputy Clerk**

**Date:** 5/31/07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Joost, Mr. Madden, & Mr. Lockhart.]